UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Tory Clark,<br><br>            Plaintiff,<br>v.<br><br>Empire Credit & Collection, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | Civil Action No.:<br>1:18-cv-04520-TWT-JKL |

### PLAINTIFF TORY CLARK'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Tory Clark, through counsel, hereby withdraws the complaint and voluntarily dismisses this action without prejudice.

Dated: November 19, 2018

                                            Respectfully submitted,

                                            /s/  Sergei Lemberg, Esq.
                                            Attorney Bar No.: 598666
                                            Attorney for Plaintiff Tory Clark
                                            LEMBERG LAW, L.L.C.
                                            43 Danbury Road, 3rd Floor
                                            Wilton, CT 06897
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, a true and correct copy of the foregoing Notice of Voluntary Dismissal without Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/  Sergei Lemberg, Esq.
Attorney Bar No.: 598666
Attorney for Plaintiff Tory Clark